UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:22-cv-12119-RGS

**ALEXANDRA E. MELINO,**
*Plaintiff,*

v.

**BOSTON MEDICAL CENTER,**
*Defendant.*

### NOTICE OF UNAVAILABILITY

Counsel for Plaintiff hereby gives notice that he will be unavailable for hearing **Monday, June 3-Friday, June 14, 2024**, due to a family vacation.

Respectfully Submitted:

*/s/Peter Vickery, Esq.*
Peter Vickery, Esq.
27 Pray Street
Amherst, MA 01002
BBO# 641574
Tel. (413) 992 2915
May 28, 2024                               Email: peter@petervickery.com

### CERTIFICATE OF SERVICE

I, Peter Vickery, Esq., hereby certify that on this day I filed this document through the ECF system so that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/Peter Vickery, Esq.*
May 28, 2024                               Peter Vickery, Esq.